ORIGINAL

FILED

06/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0150

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0150

FILED

JUN 0 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

    Petitioner and Appellee,

v.

PAMELA JO POLEJEWSKI,

    Respondent and Appellant.

## ORDER

Before this Court are two motions and responses. Self-represented Appellant Pamela Jo Polejewski has filed a Motion for Reconsideration of this Court's April 20, 2021 Order along with attachments. Through counsel, Appellee Cascade County responds in opposition and has filed a Motion to Strike and Dismiss Constitutional Challenge with prejudice for Failure to Comply with M. R. App. P. 27. Polejewski has filed a document titled, "The Requirement of Notifying the Montana Attorney General's Office of the Notice of Appeal Was Completed within the Allotted Time Frame."

Polejewski wants this Court to reconsider its April 20, 2021 Order. Cascade County responds that Polejewski's Motion for Reconsideration is improper.

This Court does not consider motions for reconsideration because such a motion does not exist in the Montana Rules of Civil Procedure or Appellate Procedure. *Nelson v. Driscoll*, 285 Mont. 355, 359, 948 P.2d 256, 258-59 (1997). The Court considers petitions for rehearing pursuant to Rule 20 of the Montana Rules of Appellate Procedure. Rule 20 makes clear that this Court will entertain a petition for rehearing on very limited grounds. M. R. App. P. 20(1)(a) provides:

> The supreme court will consider a petition for rehearing presented only upon the following grounds:
>
> (i) That it overlooked some fact material to the decision;
>
> (ii) That it overlooked some question presented by counsel that would have proven decisive to the case; or

(iii) That its decision conflicts with a statute or controlling decision not addressed by the supreme court.

Having fully considered Polejewski's motion, we conclude that rehearing is not warranted under the standards of M. R. App. P. 20(1)(a).

Cascade County also moves this Court to strike and dismiss Polejewski's constitutional challenge with prejudice because she has not complied with this Court's previous Order, directing Polejewski to prepare, file, and serve a written notice, pursuant to M. R. App. P. 27, with this Court and to all counsel of record, including the Attorney General's Office, because Polejewski had not done so within eleven days of her filed Notice of Appeal. Polejewski responds that she has complied because "the State of Montana is a party to the suit." She states that the Attorney General's Office received a copy of the Notice of Appeal.

In less than a month, we issued three orders in this appeal. The District Court record has been filed, this matter is ready to be briefed for appeal, and we are not inclined to consider any further motions. We will take under consideration Cascade County's Motion to Strike and Dismiss Polejewski's Constitutional Challenge upon completion of the parties' briefing and, if appropriate, address it in our resolution of this appeal. Issues, such as res judicata or law of the case, may be substantively addressed in the briefs. *State v. Gilder*, 2001 MT 121, ¶ 9, 305 Mont. 362, 28 P.3d 488.

Upon review of this Court's docket, we note that the hearing transcript was filed on May 24, 2021. Accordingly, this Court sets a briefing schedule.

Therefore,

IT IS ORDERED that:

1. Polejewski's Motion for Reconsideration is DENIED;

2. Polejewski shall prepare, serve, and file her opening brief on or before Wednesday, June 23, 2021;

3. Cascade County shall prepare, serve, and file its response brief on or before Friday, July 23, 2021;

2

4. Polejewski shall prepare, serve, and file any reply brief on or before Friday, August 6, 2021; and

5. Any further motions filed before the completion of briefing will not be considered without obtaining prior leave of the Court.

The Clerk is directed to provide a copy of this Order to counsel of record and to Pamela Jo Polejewski personally.

DATED this ___ day of June, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

3